# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 11-230 (DWF/SER) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Gregory Lamont Hopkins (01), Derrick Bonnick (03), Manuel Dario Ramos (04), Talaysha Johnson (05), Mohammad Mazhary (06), Desmond Brown (07), and Gregory Keaton (08), | |
| Defendants. | |

Jeffrey S. Paulsen, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

John C. Brink, Esq., John C. Brink, Lawyer, counsel for Defendant Gregory Lamont Hopkins.

Raymond A. Wood, Esq., Wood Law Office, counsel for Defendant Derrick Bonnick.

Leon A. Trawick, Esq., Trawick & Smith, PA, counsel for Defendant Manuel Dario Ramos.

Wolanda R. Shelton, Esq., Shelton Law Offices, LLC, counsel for Defendant Talaysha Johnson.

Daniel C. Guerrero, Esq., Meshbesher & Spence, Ltd, counsel for Defendant Mohammad Mazhary.

Kevin W. DeVore, Esq., Larson King, LLP, counsel for Defendant Desmond Brown.

Daniel Mohs, Esq., Law Office of Daniel Mohs, counsel for Defendant Gregory Keaton.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau.  No objections to the Report and Recommendation were filed within the requisite time period.  Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant Gregory Lamont Hopkins's (01) Motion to Suppress All Electronic Surveillance Evidence and Any Evidence Derived Therefrom (Doc. No. [115]) is **DENIED**;

2. Defendant Gregory Lamont Hopkins's (01) Motion to Suppress Any Evidence Obtained as a Result of Any Illegal Identification Procedures (Doc. No. [126]) is **DENIED AS MOOT**;

3. Defendant Gregory Lamont Hopkins's (01) Motion to Suppress Any Evidence Obtained as a Result of Any Illegal Searches or Seizures (Doc. No. [128]) is **DENIED**;

4. Defendant Manuel Dario Ramos' (04) Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [111]) is **DENIED**;

5. Defendant Manuel Dario Ramos' (04) Motion to Suppress Statements, Admissions and Answers (Doc. No. [112]) is **DENIED AS MOOT**;

6. Defendant Manuel Dario Ramos' (04) Motion for Suppression of Electronic Surveillance and Wiretapping (Doc. No. [119]) is **DENIED**;

7. Defendant Desmond Brown's (07) Motion for Severance (Doc. No. [138]) is **DENIED**;

8. Defendant Desmond Brown's (07) Motion to Suppress Defendant's Statements (Doc. No. [140]) is **DENIED AS MOOT**; and

9. Defendant Desmond Brown's (07) Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [141]) is **DENIED**.

Dated: October 26, 2011            s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge